118

(No. 6800 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮)

DAVID L. SUPRENANT, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed November 13, 1972.*

DAVID L. SUPRENANT, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 6855 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮)

JAMES MAZZOLINI, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LABOR, Respondent.

*Opinion filed November 13, 1972.*

KLEIMAN, CORNFIELD AND FELDMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.